UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**AMY STREETER,**

      **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　Case No:  6:14-cv-898-Orl-41DAB

**ATLANTIC SHORES MANAGEMENT, INC. and AFFILIATED LABOR SERVICES, INC.,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Default Judgment (Doc. 25) through which Plaintiff seeks default judgment against Defendant Affiliated Labor Services, Inc. United States Magistrate Judge David A. Baker submitted a Report and Recommendation (Doc. 26), which recommends that Plaintiff's Motion for Default Judgment be denied.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment (Doc. 25) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on April 2, 2015.



Copies furnished to:

Counsel of Record
Unrepresented Party